UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J & J SPORTS PRODUCTIONS, INC., <br><br> Plaintiff, <br><br> v. <br><br> GILBERT GARRUCHO, individually and d/b/a SARI SARI BUFFET A/K/A SARI SARI FILIPINO RESTAURANT, <br><br> Defendant. | No. 2:15-cv-00765-GEB-DAD <br><br> **ORDER CONTINUING STATUS (PRETRIAL SCHEDULING) CONFERENCE; FED. R. CIV. P. 4(M) NOTICE** |
| AND RELATED THIRD-PARTY COMPLAINT FOR INDEMNITY & CONTRIBUTION | |

This case is not ready to be scheduled. Therefore, the Status (Pretrial Scheduling) Conference scheduled for hearing on July 20, 2015, is continued to November 23, 2015, at 9:00 a.m. A further joint status report shall be filed no later than fourteen (14) days prior to the Status Conference.

Further, Gilbert Carrucho is notified under Rule 4(m) of the Federal Rules of Civil Procedure that failure to serve Riza Icmat, Rene Abeleda, and Noel Deloso with process within the 120 day period prescribed in that Rule may result in the unserved

1

party(ies) and/or the third party complaint[1], (ECF No. 7), being dismissed. To avoid dismissal, on or before November 6, 2015, Gilbert Carrucho shall file proof of service for these parties or a sufficient explanation why service was not completed within Rule 4(m)'s prescribed service period.

IT IS SO ORDERED.

Dated: July 13, 2015

_____
GARLAND E. BURRELL, JR.
Senior United States District Judge

---

[1] This document was titled "Cross-Complaint for Contribution and Indemnity."

2